# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 136 EAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. 1998 |
| | : | EDA 2015 entered on February 24, |
| | : | 2017, **affirming** the Judgment of |
| WILLIAM DRUMMOND, | : | Sentence of the Philadelphia County |
| | : | Court of Common Pleas at No. CP-51- |
| Petitioner | : | CR-0004390-2013 entered on June 9, |
| | : | 2015 |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of August, 2017, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court **VACATED**, and the case **REMANDED** to that court for further proceedings, in light of *Commonwealth v. Mills*, 2017 WL 2645649 (Pa. 2017).